THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | Civil Action No. 4:11-cv-00364-RBH |
| Plaintiff, | |
| v. | |
| KT HOLDINGS, INC. f/k/a Mechanical Solutions, Inc. f/d/b/a Acosta, Inc. of Myrtle Beach, Acosta Mechanical Solutions, Acosta Mechanical, and Acosta Heating & Cooling; NK HOLDINGS, INC. f/k/a Facilitech, Inc.; FACILITECH, INC.; KEITH R. MOORE; TERRY D. MOORE.; and ACOSTA MECHANICAL, INC. f/k/n/a Acosta Holdings Corporation. | CONSENT ORDER OF DISMISSAL WITH PREJUDICE |
| Defendants. | |

**IT APPEARING** that Travelers Casualty and Surety Company of America and Defendants, KT Holdings, Inc. f/k/a Mechanical Solutions Inc., f/d/b/a Acosta, Inc. of Myrtle Beach, Acosta Mechanical Solutions, Acosta Mechanical, and Acosta Heating & Cooling, NK Holdings, Inc., f/k/a Facilitech, Inc., Facilitech, Inc. Keith R. Moore, Terry D. Moore, and Acosta Mechanical, Inc. f/k/n/a Acosta Holdings Corporation, have settled all issues in dispute in the case at bar, and the Plaintiff and Defendants hereby move for an Order dismissing the above-captioned action with prejudice as to the Defendants named herein.

**IT IS ORDERED**, that this cause be, and the same is hereby dismissed, discontinued and ended, with prejudice as to all parties named herein and that the Amended Complaint and all causes of action therein alleged against the Defendants which were asserted or could have been asserted, be dismissed with prejudice pursuant to Rule 41(a)(ii) of the South Carolina Federal Rules of Civil Procedure, and the same are hereby dismissed, released, and forever barred. It is further ordered that all cross-claims asserted between Defendants and all claims which could

have been asserted between Defendants be dismissed with prejudice pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, and the same are hereby dismissed, released and forever barred.

<u>s/R. Bryan Harwell</u><br>
The Honorable R. Bryan Harwell

Florence, South Carolina

This 19th day of June, 2012

**Consent Order of Dismissal**

**KT HOLDINGS, INC. f/k/a Mechanical Solutions, Inc. f/d/b/a Acosta, Inc. of Myrtle Beach, Acosta Mechanical Solutions, Acosta Mechanical, and Acosta Heating & Cooling; NK HOLDINGS, INC. f/k/a Facilitech, Inc.; FACILITECH, INC.; KEITH R. MOORE; TERRY D. MOORE.; and ACOSTA MECHANICAL, INC. f/k/n/a Acosta Holdings Corporation.**

ROSEN    HAGOOD


BY:       s/James A. Bruorton, IV
       James A. Bruorton, IV, Esquire
       151 Meeting Street, Suite 400
       Charleston, SC  29401
       Telephone:  (843) 57-6726

       **Attorneys for Plaintiff Travelers Casualty and Surety Company Of America**

Consent Order of Dismissal

KT HOLDINGS, INC. f/k/a Mechanical Solutions, Inc. f/d/b/a Acosta, Inc. of Myrtle Beach, Acosta Mechanical Solutions, Acosta Mechanical, and Acosta Heating & Cooling; NK HOLDINGS, INC. f/k/a Facilitech, Inc.; FACILITECH, INC.; KEITH R. MOORE; TERRY D. MOORE.; and ACOSTA MECHANICAL, INC. f/k/n/a Acosta Holdings Corporation.

**THURMOND KIRCHNER TIMBES & YELVERTON, P.A.**


BY:     s/Jesse A. Kirchner
        Jesse A. Kirchner, Esquire
        15 Middle Atlantic Wharf, Suite 101
        Charleston, S.C. 29401
        Telephone: (843) 937-8000

        Attorneys for Defendants KT Holdings, Inc,
        Keith R. Moore, Terry D. Moore, and
        NK Holdings, Inc.

**Consent Order of Dismissal**

**KT HOLDINGS, INC. f/k/a Mechanical Solutions, Inc. f/d/b/a Acosta, Inc. of Myrtle Beach, Acosta Mechanical Solutions, Acosta Mechanical, and Acosta Heating & Cooling; NK HOLDINGS, INC. f/k/a Facilitech, Inc.; FACILITECH, INC.; KEITH R. MOORE; TERRY D. MOORE.; and ACOSTA MECHANICAL, INC. f/k/n/a Acosta Holdings Corporation.**

**NELSON MULLINS RILEY & SCARABOROUGH**


**BY:   s/Eric Norton**
          **Howard A. VanDine III,  Esquire**
          **Eric Norton, Esquire**
          **Rachel M. Flynn, Esquire**
          **1320 Main Street / l1th Floor**
          **Post Office Box 11070 (29211-1070)**
          **Columbia, SC 29201**
          **Telephone: (803) 799-2000**

          **Attorneys for Defendant Facilitech, Inc.**
          **And Acosta Mechanical, Inc.**